

U.S. DIST...
District of New H...
SEP 0 7 2005
FILED

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

In Re: Juan Rodriquez        Misc. No. 1:05-mc-24-JM

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: September 7, 2005

cc:    Juan Rodriquez, *pro se*